UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF ANDY LOPEZ, et al.,

    Plaintiffs,

    v.

ERICK GELHAUS, et al.,

    Defendants.

_____/

No. C 13-5124 PJH

**ORDER GRANTING MOTION TO STAY**

Defendants' motion to stay came on for hearing before this court on February 19, 2014. Plaintiffs Estate of Andy Lopez, Rodrigo Lopez, and Sujay Cruz ("plaintiffs") appeared through their counsel, Arnoldo Casillas. Defendants Erick Gelhaus and County of Sonoma ("defendants") appeared through their counsel, Steven Mitchell and Jim Fitzgerald. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS defendants' motion for the reasons stated at the hearing. The case is stayed until April 29, 2014. The parties shall appear for a case management conference on May 15, 2014 at 2:00pm. The parties may stipulate to a different date if they are unable to appear on May 15.

**IT IS SO ORDERED.**

Dated: February 19, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge