UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** May 15, 2014   (Time: 13 minutes)                    **JUDGE:** Phyllis J. Hamilton

**Case No:** C-13-5124  PJH

**Case Name:** Estate of Andy Lopez, et al. v. Gelhaus, et al.

**Attorney(s) for Plaintiff:**        Arnoldo Casillas
**Attorney(s) for Defendant:**    Steven Mitchell; Jim Fitzgerald

**Deputy Clerk**: Nichole Heuerman                **Court Reporter**: Not Reported

PROCEEDINGS

   Initial Case Management Conference-Held.  The stay is lifted as to the County of Sonoma only.  The court sets a tentative deadline of 12/31/14 to complete discovery with dispositive motions to be heard in early 2015.  Discovery is stayed as to Deputy Gelhaus pending charging decision by the District Attorney's Office.  The parties shall notify the court in writing once a decision has been made.  Defendant County of Sonoma shall answer and exchange initial disclosures within 30 days.

**Order to be prepared by:**   [] Pl [] Def  [ ]  Court

**Notes:**

**cc:** chambers