UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDY LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, RODRIGO LOPEZ AND SUJAY CRUZ, AND RODRIGO LOPEZ AND SUJAU CRUZ, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>ERICK GELHAUS, COUNTY OF SONOMA, DOES 1 – 10, INCLUSIVE,<br><br>Defendants. | CASE NO.:  CV 13 05124 PJH<br><br>**ORDER RE SECOND AMENDED COMPLAINT AND INITIAL DISCLOSURES** |

**GOOD CAUSE APPEARING,** and the parties having stipulated thereto, it is ordered as follows:

1.   Plaintiffs shall file a Second Amended Complaint by June 20, 2014;

2.   Defendant County of Sonoma shall file a responsive pleading to Plaintiffs' Second Amended Complaint no later than July 21, 2014;

3.   The parties shall exchange initial disclosures on July 21, 2014; and

4.   Nothing in this Order modifies the Court's stay of proceedings as to the allegations made against Defendant Gelhaus.

///

///

1  **IT IS SO ORDERED.**

2  Dated: 6/20/14

3  Honorable Phyllis J. Hamilton
   Judge, U.S. District Court