UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF ANDY LOPEZ, et al.,

    Plaintiffs,

    v.

ERICK GELHAUS, et al.,

    Defendants.
_____/

No. C 13-5124 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

On September 26, 2014, this matter was referred to Magistrate Judge James to conduct a settlement conference. However, due to Judge James' unavailability, the matter is hereby referred for random reassignment of a Magistrate Judge to conduct a settlement conference by **May 5, 2015**.

The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

**IT IS SO ORDERED**.

Dated: February 20, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J