ARNOLDO CASILLAS, SBN 158519
acasillas@casillaslegal.com
CHRISTIAN F. PEREIRA, SBN 251599
cpereira@casillaslegal.com
CASILLAS, MORENO & ASSOCIATES
A Professional Law Corporation
3500 West Beverly Boulevard
Montebello, CA 90640
PH:   (323) 725-0917
FX:   (323) 725-0350

Attorneys for Plaintiffs:
ESTATE OF ANDY LOPEZ, by and through successors in interest, RODRIGO LOPEZ and SUJAY CRUZ, and RODRIGO LOPEZ and SUJAY CRUZ, individually.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDY LOPEZ, et al., <br><br>                     Plaintiff, <br>     vs. <br> ERICK GELHAUS, et al, <br><br>                     Defendants. | **Case Number: 13-CV-05124-PJH** <br><br> **STIPULATION OF THE PARTIES TO ATTEND PRIVATE MEDIATION IN LIEU OF SECOND SETTLEMETN CONFERENCE; [~~PROPOSED~~] ORDER** |

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, AGREE AND STIPULATE AS FOLLOWS:

1. The parties and counsel attended a Settlement Conference with Magistrate Judge Ryu on May 5, 2015, pursuant to Court Order.

-1-

2. At the conclusion of the Settlement Conference, Magistrate Judge Ryu set a further Settlement Conference for October 16, 2015, at 11:00 a.m., but did advise counsel that in the event the parties made alternative arrangements for a private mediation, that the parties should advise the court and that the same would suffice in lieu of a further settlement conference;

3. That disclosure of the parties' experts will take place on October 16, 2015;

4. That the parties have met and conferred and agree to participate in a private mediation in lieu of a Further Settlement Conference after disclosure of expert witnesses;

5. That the parties believe that participation in private mediation after the disclosure of expert witnesses will likely prove more productive;

6. That the parties have agreed to use Jerry Spolter (JAMS) as a mediator and have tentatively scheduled an all day mediation date for either November 23, 24 or December 1, 2015 (all dates are clear for the mediator), pending approval by this Court;

7. Based on the foregoing, the parties respectfully request the Court vacate the current Further Settlement Conference date of October 16, 2015, and issue an order that the parties may attend private mediation with Jerry Spolter (JAMS) in lieu of a further settlement conference with Magistrate Judge Ryu, with the same to be concluded no later than December 1, 2015.

Dated: October 2, 2015                CASILLAS, MORENO & ASSOCIATES

                                      By:    ___/s/ Arnoldo Casillas_____
                                             ARNOLDO CASILLAS
                                             CHRISTIAN F. PEREIRA
                                             Attorneys for Plaintiffs

Dated: October 2, 2015					GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


							By	___/s/ Steven C. Mitchell_____
								STEVEN C. MITCHELL
								Attorneys for Defendants
								ERICK GELHAUS and COUNTY OF SONOMA


### ORDER OF THE COURT

After review of the parties' Stipulation, and good cause appearing, the court hereby orders as follows:

The Second Settlement Conference currently set for October 16 at 2:00 pm is vacated and the parties are ordered to complete private mediation in lieu of the same no later than December 1, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 5, 2015				_____
							JUDGE OF THE UNITED STATES DISTRICT COURT

*[APPROVED — Judge Phyllis J. Hamilton]*