STEVEN C. MITCHELL, ESQ., SBN 124644
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California 95404
Telephone:  707/545-1660
Facsimile:  707/545-1876

JAMES V. FITZGERALD, III, SBN 55632
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA  94596
Telephone: 925/939-5330
Facsimile:  925/939-0203

JESSE F. RUIZ [SBN. 77984]
   *jfr@robinsonwood.com*
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:    (408) 298-7120
Facsimile:    (408) 298-0477

Attorneys for Defendants ERICK GELHAUS and
COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| ESTATE OF ANDY LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, RODRIGO LOPEZ AND SUJAY CRUZ, AND RODRIGO LOPEZ AND SUJAY CRUZ, INDIVIDUALLY,<br><br>             Plaintiffs,<br><br>vs.<br><br>ERICK GELHAUS, COUNTY OF SONOMA, DOES 1 - 10, INCLUSIVE,<br><br>             Defendants. | Case No. 13-CV-05124<br><br>**ASSOCIATION OF COUNSEL**<br><br>Judge:    Hon. Phyllis J. Hamilton<br><br>Trial Date:         April 11, 2016 |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

1    PLEASE TAKE NOTICE that Jesse F. Ruiz, of the law offices of Robinson & Wood, Inc., 227 N. First Street, San Jose, California 95113, Telephone (408) 298-7120, Facsimile No. (408) 298-0477, Email: jfr@robinsonwood.com, hereby associates in with the law offices of Geary, Shea, O'Donnell, Grattan & Mitchell and McNamara, Ney, Beatty, Slattery, Borges & Ambacher LLP as defense counsel for Defendants ERICK GELHAUS and the COUNTY OF SONOMA.

Please direct all further correspondence, pleadings and/or documentation to all counsel.

Dated: January 27, 2016             GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


                                    By:  /s/Steven C. Mitchell
                                         STEVEN C. MITCHELL
                                    Attorneys for Defendants ERICK GELHAUS
                                    and COUNTY OF SONOMA

We consent to the foregoing association.

Dated: January 27, 2016             ROBINSON & WOOD, INC.


                                    By:  /s/Jesse F. Ruiz
                                         JESSE F. RUIZ
                                    Attorneys for Defendants ERICK GELHAUS
                                    and COUNTY OF SONOMA