STEVEN C. MITCHELL, ESQ., SBN 124644
MAGDALENA RIDLEY, ESQ., SBN 307578
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California   95404
Telephone:  707/545-1660
Facsimile:   707/545-1876

JAMES V. FITZGERALD, III, SBN 55632
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, California 94596
Telephone: 925/939-5330
Facsimile: 925/939-0203

JESSE F. RUIZ, ESQ., SBN 77984
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:  408/298-7120
Facsimile:   408/298-0477

Attorneys for Defendants
ERICK GELHAUS and COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDY LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, RODRIGO LOPEZ AND SUJAY CRUZ, AND RODRIGO LOPEZ AND SUJAY CRUZ, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>v.<br><br>ERICK GELHAUS, COUNTY OF SONOMA, DOES 1 – 10, INCLUSIVE,<br><br>Defendants. | CASE NO.:  CV 13 05124 PJH<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendants ERICK GELHAUS and COUNTY OF SONOMA, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order Denying in

1  Part and Granting in Part Defendants' Motion for Summary Judgment, entered in this action on the
2  20th day of January, 2016.  Pursuant to F.R.A.P. 4(a), notice is given that Defendants file an
3  interlocutory appeal from the District Court's ruling, and specifically as to its finding that
4  Defendant ERICK GELHAUS is not entitled to qualified immunity as to the first cause of action.
5  *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985).

Defendants' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

DATED:  February 4, 2016                    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By   */s/      Steven C. Mitchell*
     STEVEN C. MITCHELL
     Attorneys for Defendants
     ERICK GELHAUS and COUNTY OF SONOMA

LAW OFFICES OF
Geary,
Shea,
O'donnell,
Grattan &
mitchell
p.c.

- 2 -
Notice of Appeal