STEVEN C. MITCHELL, ESQ., SBN 124644
MAGDALENA RIDLEY, ESQ., SBN 307578
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California  95404
Telephone:  707/545-1660
Facsimile:  707/545-1876

JAMES V. FITZGERALD, III, SBN 55632
MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, California 94596
Telephone: 925/939-5330
Facsimile: 925/939-0203

JESSE F. RUIZ, ESQ., SBN 77984
ROBINSON & WOOD, INC.
227 N 1st Street
San Jose, California  95113
Telephone:  408/298-7120
Facsimile:   408/298-0477

Attorneys for Defendants
ERICK GELHAUS and COUNTY OF SONOMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDY LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, RODRIGO LOPEZ AND SUJAY CRUZ, AND RODRIGO LOPEZ AND SUJAY CRUZ, INDIVIDUALLY,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERICK GELHAUS, COUNTY OF SONOMA, DOES 1 – 10, INCLUSIVE,<br><br>    Defendants. | CASE NO.:  CV 13 05124 PJH<br><br>**REPRESENTATION STATEMENT** |

The undersigned represents Defendants-Appellants ERICK GELHAUS and the COUNTY OF SONOMA, and no other party.  In accordance with Federal Rules of Appellate Procedure Rule

12(b) and Ninth Circuit Rule 3-2(b), Defendants-Appellants submit this Representation Statement. The following list identifies all parties to the action along with the names, addresses, and telephone numbers of their respective counsel.

Plaintiffs-Appellees ESTATE OF ANDY LOPEZ, by and through successors in interest, RODRIGO LOPEZ and SUJAY CRUZ, and RODRIGO LOPEZ and SUJAY CRUZ, INDIVIDUALLY, are represented by:

ARNOLDO CASILLAS, ESQ., SBN 158519
CHRISTIAN F. PEREIRA, ESQ., SBN 251599
CASILLAS, MORENO & ASSOCIATES
A Professional Law Corporation
3500 West Beverly Boulevard
Montebello, CA 90640
Phone: (323) 725-0917
Fax: (323) 725-0350
acasillas@casillaslegal.com
cpereira@casillaslegal.com

Defendants-Appellants ERICK GELHAUS and the COUNTY OF SONOMA are represented by:

STEVEN C. MITCHELL, ESQ., SBN 124644
MAGDALENA RIDLEY, ESQ., SBN 307578
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
90 South E Street, Suite 300
Santa Rosa, California 95404
Phone: (707) 545-1660
Fax: (707) 545-1876
smitchell@gearylaw.com
mridley@gearylaw.com

JAMES V. FITZGERALD, III, SBN 55632
MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, California 94596
Phone: (925) 939-5330
Fax: (925) 939-0203
james.fitzgerald@mcnamaralaw.com

///

///

///

///

///

1 | JESSE F. RUIZ, ESQ., SBN 77984
2 | ROBINSON & WOOD, INC.
2 | 227 N 1st Street
  | San Jose, California  95113
3 | Phone:  (408) 298-7120
  | Fax:  (408) 298-0477
4 | jfr@robinsonwood.com

5 | DATED:  February 4, 2016         GEARY, SHEA, O'DONNELL, GRATTAN &
                                     MITCHELL, P.C.


By   */s/     Steven C. Mitchell*
     STEVEN C. MITCHELL
     Attorneys for Defendants
     ERICK GELHAUS and COUNTY OF
     SONOMA

LAW OFFICES OF
Geary,
Shea,
O'donnell,
Grattan &
mitchell
p.c.

- 3 -
Representation Statement