# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 25, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re: Erick Gelhaus
v. Estate of Andy Lopez, By and Through Successors in Interest, Rodrigo Lopez and Sujay Cruz, et al.
No. 17-1354
(Your No. 16-15175)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Peace Officers' Research Association of California, et al. for leave to file a brief as *amici curiae* is granted.  The motion of California State Sheriffs' Association, et al. for leave to file a brief as *amici curiae* is granted.  The motion of Force Litigation Consulting LLC, et al. for leave to file a brief as *amici curiae* is granted.  The motion of International Municipal Lawyers Association, et al. for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk