ARNOLDO CASILLAS, ESQ., SBN 158519
CASILLAS & ASSOCIATES
3777 Long Beach Blvd., Third Floor
Long Beach, CA 90807
PH:  (562) 203-3030
FX:  (323) 725-0350

Attorneys for Plaintiffs:
ESTATE OF ANDY LOPEZ, by and through
successors in interest, RODRIGO LOPEZ and
SUJAY CRUZ, and RODRIGO LOPEZ and
SUJAY CRUZ, individually

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF ANDY LOPEZ, et al., | **Case Number: 13-CV-05124-PJH** |
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| ERICK GELHAUS, et al, | Date: September 20, 2018 |
| Defendants. | Time: 2:00 p.m. |
| | Dept: Ctrm 3-3rd Flr. |
| | Judge: Hon. Phyllis J. Hamilton |

**TO THE HONORABLE CLERK OF THE COURT:**

The parties, through their respective attorneys of record, hereby submit the following Joint Case Management Statement in preparation for the Case Management Conference currently set for September 20, 2018.

////

-1-

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

The parties respectfully submit that they met and conferred on Wednesday, September 5, 2018, regarding outstanding issues related to the above matter and a reasonable trial schedule.

The following summarizes the discussion and proposal that counsel for the parties reached:

1. **Outstanding Discovery:**

   At the time Defendants County of Sonoma and Erick Gelhaus filed their Notice of Appeal on or about February 4, 2016, the parties had completed all factual discovery and had started conducting expert discovery. The parties had completed eight expert depositions, with six experts yet to be deposed. The parties agree to complete the depositions of all experts. The parties anticipate completing these depositions within the next ninety (90) days.

2. **Mediation:**

   Counsel for the parties further discussed participating in a mediation/settlement conference. Counsel discussed private mediators as well as a magistrate judge and anticipate completion of a mediation also within the next ninety (90) days.

3. **Trial Date:**

   Counsel discussed a reasonable trial date and based on the current trial calendars for all counsel of record, counsel has agreed to a trial date starting July 29, 2019, or August 5, 2019, depending upon the availability of the Court and the Court's input.

Dated:  September 13, 2018            CASILLAS & ASSOCIATES

                                      By:    __/s/ Arnoldo Casillas_____
                                             ARNOLDO CASILLAS
                                             Attorneys for Plaintiffs:
                                             Estate of Andy Lopez, Rodrigo Lopez and
                                             Sujay Cruz

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

| | |
|---|---|
| Dated: September 13, 2018 | MESSNER REEVES LLP |
| | By: /s/ Jesse F. Ruiz |
| | JESSE F. RUIZ |
| | Attorneys for Defendants |
| | Erick Gelhaus and County of Sonoma |
| Dated: September 13, 2018 | McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| | By: /s/ Noah G. Blechman |
| | NOAH G. BLECHMAN |
| | Attorneys for Defendants |
| | Erick Gelhaus and County of Sonoma |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT