| 1 | JESSE F. RUIZ (SBN. 77984) |
|---|---|
|   | *jruiz@messner.com* |
| 2 | MESSNER REEVES LLP |
|   | 160 W. Santa Clara Street, Suite 1000 |
| 3 | San Jose, California 95113 |
|   | Telephone: (408) 298-7120 |
| 4 | Facsimile: (408) 298-0477 |

NOAH G. BLECHMAN
 *noah.blechman@mcnamaralaw.com*
McNAMARA, NEY, BEATTY, SLATTERY,
 BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, California 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants ERICK GELHAUS and
COUNTY OF SONOMA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| ESTATE OF ANDY LOPEZ, BY AND THROUGH SUCCESSORS IN INTEREST, RODRIGO LOPEZ AND SUJAY CRUZ, AND RODRIGO LOPEZ AND SUJAY CRUZ, INDIVIDUALLY,<br><br>Plaintiffs,<br><br>vs.<br><br>ERICK GELHAUS, COUNTY OF SONOMA, DOES 1 - 10, INCLUSIVE,<br><br>Defendants. | Case No. 13-CV-05124<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>Trial Date: July 29, 2019 |
|---|---|

The Parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

---

{03199391 / 1}   **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**    1    Case No. 13-CV-05124

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice and each side is to bear its own costs and attorneys' fees.

The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements). The Court shall retain jurisdiction for one year after the date of this Order.

Dated: January 2, 2019  MESSNER REEVES LLP

By: /s/ Jesse F. Ruiz
JESSE F. RUIZ
Attorneys for Defendants ERICK GELHAUS and COUNTY OF SONOMA

Dated: January 2, 2019  CASILLAS & ASSOCIATES

By: /s/ Arnoldo Casillas
ARNOLDO CASILLAS
Attorneys for Plaintiffs Estate of Andy Lopez, Rodrigo Lopez and Sujay Cruz

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

This matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties Release and Settlement Agreement should enforcement be necessary.

**IT IS SO ORDERED.**

DATED: January 2, 2019

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE